No. 02–10024. SARGENT *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–11188. ORTIZ *v.* UNITED STATES; and
No. 03–5286. SINISTERRA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 315 F. 3d 873.

No. 03–170. MARQUEZ *v.* GUTIERREZ. C. A. 9th Cir. Certiorari denied.

No. 03–197. KING *v.* RUMSFELD, SECRETARY OF DEFENSE. C. A. 4th Cir. Certiorari denied.

No. 03–326. RARITAN COMPUTER, INC. *v.* APEX, INC. C. A. Fed. Cir. Certiorari denied.

No. 03–337. ROSSI *v.* TROY STATE UNIVERSITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–349. THWEATT *v.* ELECTRONIC DATA SYSTEMS CORP. C. A. 11th Cir. Certiorari denied.

No. 03–364. TAYLOR, AS EXECUTOR OF THE ESTATE OF TAYLOR, ET AL. *v.* LOBATO ET AL. Sup. Ct. Colo. Certiorari denied.

No. 03–478. SINGH *v.* PRUDENTIAL HEALTH CARE PLAN, INC. C. A. 4th Cir. Certiorari denied.

No. 03–487. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 98 PENSION FUND *v.* CARNEY. C. A. 3d Cir. Certiorari denied.

No. 03–488. IGT, AKA IGT-NORTH AMERICA *v.* COLLINS MUSIC CO., INC. Sup. Ct. S. C. Certiorari denied.

No. 03–489. HELFRICH ET AL. *v.* CARLE CLINIC ASSN., P. C. C. A. 7th Cir. Certiorari denied.

No. 03–490. HERSCHAFT *v.* BLOOMBERG, MAYOR OF THE CITY OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–492. KLEVEN, TRUSTEE, ET AL. *v.* HOUSEHOLD BANK F. S. B. C. A. 7th Cir. Certiorari denied.